UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>MOORE SECURITY SERVICES<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 13-32840<br><br>Chapter: 11<br>Honorable Timothy A. Barnes |

FINAL ORDER
FINDING UTILITIES ADEQUATELY ASSURED OF PAYMENT
AND ESTABLISHING FURTHER PROCEDURES PURSUANT TO 11 U.S.C. 366(b)

Upon the Motion of Debtor for Interim and Final Orders Finding Utilities Adequately Assured of Payment and Establishing Further Procedures Pursuant to Section 366(b) of the Bankruptcy Code (the "Motion"): the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and 157; this being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); venue of this case and the Motion are proper in this District pursuant to 28 U&C. §§ 1408 and 1409; due notice having been given and upon the record herein, and after due deliberation,

IT IS HEREBY ORDERED THAT,

1. Each of the Utility Companies identified on Exhibit A to this Order is adequately assured of payment pursuant to Section 366(c)(1)(A) of the Bankruptcy Code due to, inter alia, (i) the Debtor's deposit of $625.00 (which equals fifty percent (50%) of the Debtor's estimated monthly utility costs as determined using a three month average run rate) into a segregated, interest bearing account (the "Deposit") and (ii) any additional assurance, if any, that the Debtor has agreed, or may agree, to provide to any Utility Company;

2. The Utility Companies are prohibited from altering, refusing, discontinuing or terminating services for lack of adequate assurance of post-petition payment, on the basis of the Debtor's commencement of its bankruptcy case, or that a debt owed by the Debtor for service rendered prior to the August 17, 2013 Petition Date, was not paid when due;

3. Upon the discovery of any Additional Utility Companies who are currently not on the Utility Service List, the Debtor shall provide notice to such Additional Utility Company of this Utility Order and, contemporaneously with service of notice, the Debtor shall file with the Court a corresponding supplement to the Utility Service List;

4. Additional Utility Companies shall have Twenty (20) days from the date of service of this Final Utility Order to request additional assurance, if any, from the Debtor by serving a Request for such additional assurance upon counsel for the Debtor. If an Additional Utility Company timely serves a Request and the Debtor and the Additional Utility Company are unable to resolve the dispute, the Court, upon application of either party, shall schedule a hearing to determine the appropriate amount, if any, of additional adequate assurance to which such Additional Utility is entitled. Any Additional Utility Company filing a Request shall be deemed to be adequately assured of payment for post-petition services until entry of an order resolving such a dispute in favor of the Additional Utility Companies;

5. The Debtor is authorized and empowered to take all actions necessary to implement the relief

granted in this Final Order;

6. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Final Order shall be immediately effective and enforceable upon its entry; and it is further

7. This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation and implementation of this Order.

Enter:

United States Bankruptcy Judge

Dated: OCT 2 5 2013

**Prepared by:**
Geraldine W. Holt #6227109
Deadra Woods Stokes #6234106
Deadra Woods Stokes & Associates, P.C.
4747 W. Lincoln Mall Dr.
Chicago, IL 60443

## EXHIBIT A

| Vendors Name | Address | Account Number |
|---|---|---|
| Peoples Gas | Peoples Gas<br>Chicago, IL  60687 | #1500062911692 |
| ComEd | ComEd<br>P.O. Box 6111<br>Carol Stream, IL  60197 | #8731303096 |
| Hudson Energy | Hudson Energy<br>24919 Network Place<br>Chicago, IL  60673 | #100334201 |
| Direct TV | Direct TV<br>P.O. Box 60036<br>Los Angeles, CA  90060 | #58330059 |
| Verizon Wireless | Verizon Wireless<br>P.O. Box 25505<br>Lehigh Valley, PA  18002 | #386981206-00001  AND<br>#98067551 |
| Comcast | Comcast<br>P.O. Box 3001<br>Southeastern, PA  19398 | #8771300320528536 |
| AT&T Mobility | AT&T Mobility<br>P.O. Box 6416<br>Carol Stream, IL  60197 | #232024661489 |